UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ABBOTT LABORATORIES, et al., PRETERM INFANT NUTRITION PRODUCTS LIABILITY LITIGATION | MDL NO. 3026<br><br>Master Docket No. 1:22-cv-00071<br><br>Hon. Rebecca R. Pallmeyer<br><br>**FILED UNDER SEAL** |
| *This Document Relates to:*<br><br>DEONDRICK BROWN, SR., Individually and on behalf of THE ESTATE OF DEONDRICK W. BROWN, JR.; and REBEKAH ETIENNE, Individually and on behalf of THE ESTATE OF DEONDRICK W. BROWN, JR.<br><br>Case No. 1:22-cv-2001 | |

**DECLARATION OF PEARL A. ROBERTSON**

I, Pearl A. Robertson, state and declare as follows:

1. I represent Deondrick Brown, Sr., individually and on behalf of the Estate of Deondrick Brown, Jr. and Rebekah Etienne, individually and on behalf of the Estate of Deondrick Brown, Jr. and submit this declaration in support of Plaintiffs' response to Abbott's Local Rule 56.1(a)(2) Statement of Material Facts in Support of its Motion for Summary Judgment and Plaintiff's Response to Abbott's Motion for Summary Judgment. I have personal knowledge of the facts and assertions set forth below and if called to testify I would do so consistently with those facts.

2. Attached as Exhibit 1 is a true and accurate copy of the Deposition Transcript of Dr. Elizabeth Flanigan (Nov. 22, 2024).

3. Attached as Exhibit 2 is a true and accurate copy of medical records from Our

Lady of Lourdes Women & Children's Hospital., Minor-DB-OLLWCH-MD-00002, Minor-DB-OLLWCH-MD-00006, Minor-DB-OLLWCH-MD-000031-32, Minor-DB-OLLWCH-MD-000465, Minor-DB-OLLWCH-MD-000491, Minor-DB-OLLWCH-MD-002885.

4. Attached as Exhibit 3 is a true and accurate copy of the Deposition Transcript of Dr. Jennifer A. Bisquera (Aug. 6, 2024).

5. Attached as Exhibit 4 is a true and accurate copy of an excerpt of the Deposition Transcript of Adam Tancrede (May 17, 2023).

6. Attached as Exhibit 5 is a true and accurate copy of a document titled, Abbott Nutrition Recommendation to Acquire Prolacta Bioscience, bates labeled ABT_Jupiter05245014.

7. Attached as Exhibit 6 is a true and accurate copy of a presentation titled, Leo Burnett / ARC Onboarding, which was marked as Exhibit 5 to Adam Tancrede's deposition, bates labeled ABT_Jupiter02709526.

8. Attached as Exhibit 7 is a true and accurate copy of the Expert Report of Dr. Elizabeth Flanigan.

9. Attached as Exhibit 8 is a true and accurate copy of an excerpt of the Deposition Transcript of Dr. Camilia Martin (Feb. 12, 2025).

10. Attached as Exhibit 9 is a true and accurate copy of a document titled, Complaint Detail Report, which was marked as Exhibit 16 to Sara Mako's deposition.

11. Attached as Exhibit 10 is a true and accurate copy of a document titled, Abbott Nutrition Agenda and Timeline of Events, bates labeled ABT_Jupiter03967975.

12. Attached as Exhibit 11 is a true and accurate copy of the Similac Special Care 24 Product Information, bates labeled ABT_Jupiter00066261.

13. Attached as Exhibit 12 is a true and accurate copy of a presentation titled, Value of the NICU, bates labeled ABT_Jupiter05385718 (Oct. 16, 2013).

14. Attached as Exhibit 13 is a true and accurate copy of a document titled, Abbott Nutrition Products Division, Project Initiation Form (PIF), bates-labeled ABT_Jupiter01963615.

15. Attached as Exhibit 14 is a true and accurate copy of an email communication titled, Prolacta Announcement – Positioning and Timeline, bates-labeled ABT_Jupiter01733654.

16. Attached as Exhibit 15 is a true and accurate copy of a presentation titled, Abbott Nutrition – Prolacta Sales Aid Annotation, bates-labeled ABT_Jupiter02754022.

17. Attached as Exhibit 16 is a true and accurate copy of a document titled, Abbott Nutrition/Prolacta Bioscience FAQ, bates-labeled ABT_Jupiter05166864.

18. Attached as Exhibit 17 is a true and accurate copy of a document titled, Abbott Prolacta Bioscience and Abbott Nutritional Products Division Meeting, bates labeled ABT_Jupiter05386175.

19. Attached as Exhibit 18 is a true and accurate copy of a document titled, For review and feedback – Project Goodwill Learning Plan, bates labeled ABT_Jupiter05244901.

20. Attached as Exhibit 19 is a true and accurate copy of a document titled, Project Goodwill: Financial and Manufacturing Process Decks, bates labeled ABT_Jupiter05384543.

21. Attached as Exhibit 20 is a true and accurate copy of a document titled, Follow Up from Discussion with Mark Berens this morning – Project Goodwill, bates labeled ABT_Jupiter05244198.

22. Attached as Exhibit 21 is a true and accurate copy of an excerpt of the

Deposition Transcript of Sara Mako (Aug. 8, 2024).

I declare under penalty of perjury that the foregoing is true and correct.

Executed Date: September 24, 2025

Filed Date: September 25, 2025            Respectfully Submitted:

                                               /s/ *Pearl A. Robertson*
                                               IRPINO, AVIN & HAWKINS
                                               ANTHONY D. IRPINO (LA #24727)
                                               PEARL A. ROBERTSON (LA #34060)
                                               airpino@irpinolaw.com
                                               probertson@irpinolaw.com
                                               2216 Magazine Street
                                               New Orleans, LA 70130
                                               Ph. (504) 525-1500
                                               Fax (504) 525-1501