IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Deondrick Brown, Sr., Individually and on behalf of The Estate of Deondrick W. Brown, Jr.; and Rebekah Etienne, Individually and on behalf of The Estate of Deondrick W. Brown, Jr., <br><br> Plaintiff(s), <br><br> v. <br><br> Abbott Laboratories, Inc., <br><br> Defendant(s). | MDL No. 3026 <br> Master Docket No. 22 C 00071 <br><br><br> This document relates to: <br><br> Case No. 22 C 02001 <br> Brown et al v. Abbott Laboratories Inc., <br> Judge Rebecca R. Pallmeyer |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes            pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Abbott Laboratories, Inc.
and against plaintiff(s) Deondrick Brown, Sr., Individually and on behalf of The Estate of Deondrick W. Brown, Jr.; and Rebekah Etienne Individually and on behalf of The Estate of Deondrick W. Brown, Jr.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge            presiding, and the jury has rendered a verdict.
☐ tried by Judge            without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on a motion for summary judgment [57].

Date: 10/23/2025

Thomas G. Bruton, Clerk of Court
Christina Presslak , Deputy Clerk